1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   MICHAEL GIZACHWE YIRGU,

                            Plaintiff,          Case No. C17-555 RBL-BAT
9
        v.                                      **ORDER REVERSING AND
10                                              REMANDING FOR FURTHER
    NANCY A. BERRYHILL, Acting                  PROCEEDINGS**
11  Commissioner of Social Security,

12                          Defendant.

13        The Court after careful consideration of plaintiff's complaint, the parties' briefs, the

14  Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate

15  Judge, and the balance of the record, does hereby find and **ORDER**:

16        (1)    The Court adopts the Report and Recommendation.

17        (2)    The Commissioner's decision is **REVERSED** and this case is **REMANDED** for

18               further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

19        DATED this 4th day of October, 2017.

20
                                        _____
21                                      Ronald B. Leighton
                                        United States District Judge
22

23