United States District Judge Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL YIRGU,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 2:17-cv-0555-RAJ

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $8,947.00, pursuant to 42 U.S.C. § 406(b). Ms. Gilbrough has already received a

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

payment of $3118.27, under the Equal Access to Justice Act. The remaining fee owed is $5,829.77.

If the Social Security Administration is still withholding this amount, it is directed to send $5,829.77, to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute.

DATED this 11th day of January, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055